**UNITED STATES of America, Plaintiff–Appellee**

v.

**Antonio GOMEZ–DIAZ, Defendant–Appellant.**

**No. 05–50127 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 6, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Leon Schydlower, El Paso, TX, for Defendant–Appellant.

Before DeMOSS, DENNIS, and OWEN, Circuit Judges.

published and is not precedent except under

PER CURIAM: *

Court-appointed counsel for Antonio Go-
mez–Diaz (Gomez) has moved for leave to
withdraw and has filed a brief in accor-
dance with *Anders v. California*, 386 U.S.
738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).
Gomez has been deported and has not filed
a response to counsel's motion. Our inde-
pendent review of the record and counsel's
brief discloses no nonfrivolous issue for
appeal. Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel
is excused from further responsibilities
herein, and the APPEAL IS DISMISSED
in part as frivolous, *see* 5TH CIR. R. 42.2,
and in part as moot.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.
* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

